UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WANDA RICHARDSON, <br> Mother and Next Friend of W.R., a Minor,[1] <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br> A municipal corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br> Civil Action No. 06-2121 (CKK) |

**DEFENDANT'S CONSENT MOTION TO ENLARGE THE TIME
TO FILE A RESPONSE TO THE PLAINTIFF'S COMPLAINT**

The Defendant, through counsel, respectfully moves this Court for an enlargement of time from March 20, 2007, to April 6, 2007, to file a response to the Plaintiff's Complaint pursuant to Fed. R. Civ. P. 6(b)(1). As grounds for this request, the Defendant represents as follows:

1. The responding agency—the District of Columbia Public Schools—needs additional time to fully investigate the claims in the Complaint, including time to review documents and to speak to relevant personnel.

2. On March 5, 2007, the Plaintiff's counsel consented to this enlargement, pursuant to LCvR 7.1 (m).

3. The Plaintiff will not be prejudiced by the granting of this motion.

---

[1] The minor will be referred to only by his initials, R.W., pursuant to LCvR 5.4(f)(2).

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. Rule 6(b)(1), Federal Rules of Civil Procedure; and

2. The inherent powers of the Court.

                Respectfully submitted,

                LINDA SINGER
                Acting Attorney General
                for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                **/s/ Edward P. Taptich**
                EDWARD P. TAPTICH
                Chief, Equity Section 2
                Bar Number 012914

                **/s/ Eden I. Miller**
                EDEN I. MILLER
                Assistant Attorney General
                Bar Number 483802
                441 Fourth Street, N.W., Sixth Floor South
                Washington, D.C. 20001
                (202) 724-6614
                (202) 727-3625 (fax)
March 7, 2007            E-mail: Eden.Miller@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WANDA RICHARDSON,<br>Mother and Next Friend of W.R., a Minor,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-2121 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Defendant's Consent Motion to Enlarge the Time to File a Response to the Plaintiff's Complaint and the record herein, it is hereby

**ORDERED,** that the Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED,** that the Defendant shall file its response to the Plaintiff's Complaint no later than Friday, April 6, 2007.

_____
United States District Judge Colleen Kollar-Kotelly