UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WANDA RICHARDSON, <br> Mother and Next Friend of W.R., a Minor,[1] <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br> A municipal corporation, *et al.,* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 06-2121 (CKK) |

**DEFENDANTS' ANSWER TO THE COMPLAINT**

The Defendants, by counsel, here answer the Plaintiff's Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

**JURISDICTION AND VENUE**

1. The allegations in paragraph 1 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied, except that the Defendants admit that this Court has jurisdiction pursuant to the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 *et seq*.

**PARTIES**

2. The Defendants admit the allegations in paragraph 2, but deny that W.R. has a disability which requires special education services.

3. The Defendants admit the allegations in paragraph 3.

4. The Defendants admit the allegations in paragraph 4.

---
[1] The minor will be referred to only by his initials, R.W., pursuant to LCvR 5.4(f)(2).

## FACTS

5. The Defendants admit the allegations in paragraph 5.

6. The Defendants lack knowledge or information at this time sufficient to form a belief as to the truth of the averments in paragraph 6.

7. The allegations in paragraph 7 are the pleader's characterizations of a document to which no response is required; the document speaks for itself. If a response is required, then the same are denied.

8. The allegations in paragraph 8 are the pleader's characterizations of a document to which no response is required; the document speaks for itself. If a response is required, then the same are denied.

9. The allegations in paragraph 9 are the pleader's characterizations of a document to which no response is required; the document speaks for itself. If a response is required, then the same are denied.

10. The allegations in paragraph 10 are the pleader's characterizations of a document to which no response is required; the document speaks for itself. If a response is required, then the same are denied.

11. The allegations in paragraph 11 are the pleader's characterizations of a document to which no response is required; the document speaks for itself. If a response is required, then the same are denied.

12. The allegations in paragraph 12 are the pleader's characterizations of a document to which no response is required; the document speaks for itself. If a response is required, then the same are denied.

13. The allegations in paragraph 13 are the pleader's characterizations of a document to which no response is required; the document speaks for itself.  If a response is required, then the same are denied.

14. The allegations in paragraph 14 are the pleader's characterizations of a document to which no response is required; the document speaks for itself.  If a response is required, then the same are denied.

15. The allegations in paragraph 15 are the pleader's characterizations of a document to which no response is required; the document speaks for itself.  If a response is required, then the same are denied.

16. The allegations in paragraph 16 are the pleader's characterizations of a document to which no response is required; the document speaks for itself.  If a response is required, then the same are denied.

17. The allegations in paragraph 17 are the pleader's characterizations of a document to which no response is required; the document speaks for itself.  If a response is required, then the same are denied.

18. The allegations in paragraph 18 are the pleader's characterizations of a document to which no response is required; the document speaks for itself.  If a response is required, then the same are denied.

19. The allegations in paragraph 19 are the pleader's characterizations of a document to which no response is required; the document speaks for itself.  If a response is required, then the same are denied.

20. The allegations in paragraph 20 are the pleader's characterizations of the transcript from the subject due process hearing to which no response is required; the transcript speaks for itself. If a response is required, then the same are denied.

21. The allegations in paragraph 21 are the pleader's characterizations of the transcript to which no response is required; the transcript speaks for itself. If a response is required, then the same are denied.

22. The allegations in paragraph 22 are the pleader's characterizations of the transcript to which no response is required; the transcript speaks for itself. If a response is required, then the same are denied.

23. The allegations in paragraph 23 are the pleader's characterizations of the transcript to which no response is required; the transcript speaks for itself. If a response is required, then the same are denied.

24. The allegations in paragraph 24 are the pleader's characterizations of the transcript to which no response is required; the transcript speaks for itself. If a response is required, then the same are denied.

25. The allegations in paragraph 25 are the pleader's characterizations of a document to which no response is required; the document speaks for itself. If a response is required, then the same are denied.

### Count I

26. The Defendants incorporate as though restated each of the answers stated in paragraphs 1 through 25 above.

27. The allegations in paragraph 27 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

### Count II

28. The Defendants incorporate as though restated each of the answers stated in paragraphs 1 through 27 above.

29. The allegations in paragraph 29 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

### Count III

30. The Defendants incorporate as though restated each of the answers stated in paragraphs 1 through 29 above.

31. The allegations in paragraph 31 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

### Count IV

32. The Defendants incorporate as though restated each of the answers stated in paragraphs 1 through 31 above.

33. The allegations in paragraph 33 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

### Count V

34. The Defendants incorporate as though restated each of the answers stated in paragraphs 1 through 33 above.

35. The allegations in paragraph 35 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

### Count VI

36. The Defendants incorporate as though restated each of the answers stated in paragraphs 1 through 35 above.

37. The allegations in paragraph 37 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

### Count VII

38. The Defendants incorporate as though restated each of the answers stated in paragraphs 1 through 37 above.

39. The allegations in paragraph 39 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

### Count VIII

40. The Defendants incorporate as though restated each of the answers stated in paragraphs 1 through 39 above.

41. The allegations in paragraph 41 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

### Count IX

42. The Defendants incorporate as though restated each of the answers stated in paragraphs 1 through 41 above.

43. The allegations in paragraph 43 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

### PRAYER FOR RELIEF

The Defendants state that paragraphs 1 through 6 on page 9 of the Complaint constitute Plaintiffs' prayers for relief and legal conclusions of and by the pleader to which no response is required.

**BY WAY OF FURTHER ANSWER**, the Defendants deny all allegations of wrongdoing not otherwise responded to or admitted.

**FIRST AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

The Complaint alleges violations outside of applicable time limitations.

**THIRD AFFIRMATIVE DEFENSE**

The Hearing Officer's Decision is supported by substantial evidence in the administrative record and should be affirmed.

**FOURTH AFFIRMATIVE DEFENSE**

The Plaintiff failed to exhaust her administrative remedies.

                        Respectfully submitted,

                        LINDA SINGER
                        Acting Attorney General
                        for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General
                        Civil Litigation Division

                        **/s/ Edward P. Taptich**
                        EDWARD P. TAPTICH
                        Chief, Equity Section 2
                        Bar Number 012914

                        **/s/ Eden I. Miller**
                        EDEN I. MILLER
                        Assistant Attorney General
                        Bar Number 483802
                        441 Fourth Street, N.W., Sixth Floor South
                        Washington, D.C. 20001
                        (202) 724-6614
                        (202) 727-3625 (fax)
April 4, 2007              E-mail: Eden.Miller@dc.gov