**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| WANDA RICHARDSON, | ) | |
| Mother and Next Friend of W.R., a Minor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2121 (CKK) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| A municipal corporation, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT REPORT

Pursuant to this Court's April 19, 2007, Order, the parties have agreed to the

following schedule:

| | |
|---|---|
| May 24 | Defendant files administrative record. |
| July 12 | Parties file Cross-Dispositive Motions. |
| August 14 | Parties file Cross-Oppositions. |
| August 29 | Parties file Cross-Replies. |

Respectfully submitted,

By:___/Jude Iweanoge/__
Jude C. Iweanoge, Bar #493241
IWEANOGE LAW CENTER
1026 Monroe Street, NE
Washington, D.C. 20017
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: jci@iweanogesfirm.com
Counsel for Plaintiff

LINDA SINGER
Acting Attorney General
for the District of Columbia

2

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
E-mail: Eden.Miller@dc.gov

April 24, 2007                    Counsel for Defendant