UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **W.R., et al.** * | |
| * | |
| **Plaintiffs** * | |
| * | Civil Action No. 06-2121 (CKK) |
| **v.** * | |
| * | |
| **DISTRICT OF COLUMBIA, et al** * | |
| * | |
| **Defendants** * | |

## SUBSTITUTION OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Fatmata Barrie, Esquire on behalf of the Plaintiffs and strike the appearance of Jude C. Iweanoge and THE IWEANOGES FIRM, P.C.

Respectfully submitted,

/s/*FatmataBarrie*/s/
Fatmata Barrie (485122)
LAW OFFICES OF CHRISTOPHER N. ANWAH, PLLC
10 R Street, NE
Washington, DC 20002
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: fbarrie@verizon.net


/s/*JudeIweanoge*/s/
Jude C. Iweanoge (493241)
THE IWEANOGES' FIRM, P.C.
1026 Monroe Street, NE
Washington, DC 20017
Phone: (202) 347-7026
Fax:    (202) 347-7108
Email: jci@iweanogesfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 24th January 2007 a copy of the foregoing document was filed via electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will notify the Defendants through the court's e-file system.


Fatmata Barrie