**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WANDA RICHARDSON,<br>Mother and Next Friend of W.R., a Minor,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation, *et al.,*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-2121 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO TREAT THEIR JULY 12, 2007,**
**MOTION FOR SUMMARY JUDGMENT AS CONCEDED**

Defendants District of Columbia and (former) District of Columbia Public

Schools ("DCPS") Superintendent Clifford Janey,[1] by counsel, respectfully move this

Court to treat Defendants' Motion for Summary Judgment as conceded pursuant to LCvR

7(b).  As grounds thereof, the Defendants represent as follows:

1.      On December 13, 2006, the Plaintiff filed her Complaint to appeal a DCPS

        Hearing Officer's Decision ("HOD"), issued on September 14, 2006,

        pursuant to the Individuals with Disabilities Education Improvement Act

        of 2004, 20 U.S.C. §§ 1400 *et seq.*

2.      On April 24, 2007, the parties filed their Joint Report, in which they

        agreed to a proposed briefing schedule.

3.      On that same day, this Court issued its Scheduling Order, which adopted

        the parties' proposed briefing schedule.

---

[1] Chancellor Michelle Rhee has replaced former Superintendent Janey.

4.      According to that Scheduling Order, the parties were to file their

dispositive motions no later than July 12, 2007.

5.      On July 12, 2007, the Defendants timely filed their Motion for Summary

Judgment.  The Plaintiff has not yet filed her dispositive motion.

6.      According to the Scheduling Order, the Plaintiff was to file her opposition

to the Defendants' Motion no later than August 14, 2007.

7.      To date, *more than five months later*, the Plaintiff has not yet filed an

opposition to the Defendants' July, 12, 2007, Motion for Summary

Judgment.

WHEREFORE, the Defendants request that this Court grant their motion to treat

the Defendants' Motion for Summary Judgment as conceded, and dismiss this case with

prejudice.

### MEMORANDUM OF POINTS AND AUTHORITIES

1.  LCvR 7(b);

2.  The record herein; and

3.  The inherent powers of the Court.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
E-mail: Eden.Miller@dc.gov

January 25, 2008