IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WANDA RICHARDSON, et al** | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Civil Action No. 06-2121 (CKK) |
| | * | |
| | * | |
| **DISTRICT OF COLUMBIA, et al** | * | |
| Defendants(s) | * | |

**************************************

### PLAINTIFF'S MOTION FOR ENLARGMENT OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO TREAT ITS MOTION FOR SUMMARY JUDGMENT AS CONCEDED AND/OR TO FILE PLAINTIFF'S MOTION FOR LEAVE TO LATE FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The Plaintiffs, by and through its undersigned counsel, respectfully requests that the Court grant it an additional seven (7) days to file an opposition to Defendants' Motion to treat its Motion for Summary Judgment as Conceded and/or to file Plaintiff's Motion for Leave to Late file Plaintiff's Cross-Motion for Summary Judgment. In support thereof, the Plaintiff states as follows:

1. That on or about January 25, 2008, Defendant filed a motion to treat its motion for summary judgment as conceded in the above captioned matter.

2. That undersigned counsel has just recently entered her appearance in the above matter.

3. That Plaintiff cannot file her opposition by the due date because Plaintiff's counsel entered her appearance after the due date for Plaintiff's motion for summary judgment, and as such needs additional time to investigate the circumstances surrounding the failure to file Plaintiff's motion for summary judgment.

1

4.  That an extension of time within which to file a response to Defendants' motion is necessary because Plaintiff intends to file a cross-motion for summary judgment and also oppose Defendant's motion for summary judgment.

5.  That undersigned counsel attempted to get the consent of the counsel for Defendant prior to filing this motion but was not able to do so.

6.  That despite that Plaintiff was unable to obtain the consent of counsel for Defendants prior to filing this motion, Plaintiff submits that no party would be prejudiced by the requested extension of time.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant a seven (7) day extension of time, up to and including Thursday February 14, 2008, to file a response to Defendants motion to treat its motion for summary judgment as conceded.

Respectfully Submitted,
LAW OFFICES OF
CHRISTOPHER ANWAH, PLLC


_____/s/Fatmata Barrie/s/_____
Fatmata Barrie, Bar #485122
LAW OFFICES OF CHRSTOPHER N. ANWAH, PLLC
10 R Street, NE
Washington, D.C. 20002
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: fbarrie@verizon.net

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **WANDA RICHARDSON, et al** | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Civil Action No. 06-2121 (CKK) |
| | * | |
| | * | |
| **DISTRICT OF COLUMBIA, et al** | * | |
| **Defendants(s)** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ENLARGMENT OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO TREAT ITS MOTION FOR SUMMARY JUDGMENT AS CONCEDED AND/OR TO FILE PLAINTIFF'S MOTION FOR LEAVE TO LATE FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

1. Fed. R. Civ. P. 6(b).

2. Fed. R. Civ. P. 12

3. The interest of justice and the record herein.

                                             Respectfully Submitted,
                                             LAW OFFICES OF
                                             CHRISTOPHER ANWAH, PLLC

                                             /s/Fatmata Barrie/s/
                                             Fatmata Barrie, Bar #485122
                                             LAW OFFICES OF CHRSTOPHER
                                             N. ANWAH, PLLC
                                             10 R Street, NE
                                             Washington, D.C. 20002
                                             Phone: (202) 626-0040
                                             Fax: (202) 626-0048
                                             Email: fbarrie@verizon.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WANDA RICHARDSON, et al** * | |
| Plaintiffs * | |
| * | |
| v. * | Civil Action No. 06-2121 (CKK) |
| * | |
| * | |
| **DISTRICT OF COLUMBIA, et al** * | |
| **Defendants(s)** * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

**UPON CONSIDERATION** of Plaintiff's Motion to Extend Time to File Opposition to Defendant's Motion to Treat it Motion for Summary Judgment as Conceded and/or to File a Motion for Leave to Late File Plaintiff's Motion for Summary Judgment, it is hereby this _____ day of _____ 2008:

**ORDERED** that Plaintiff's Motion be and is hereby GRANTED, and it is

**FURTHER ORDERED** that Plaintiff is given additional Seven (7) days to file her opposition and/or file her motion for leave to late file her motion for summary judgment, and it is

**FURTHER ORDERED** _____

_____

_____ **SO ORDERED**

_____
JUDGE

4