**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WANDA RICHARDSON, et al * | |
|     Plaintiffs          * | |
|                                * | |
| v.                           * | Civil Action No. 06-2121 (CKK) |
|                                * | |
| DISTRICT OF COLUMBIA, et al  * | |
|     Defendants(s)    * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO TREAT THEIR JULY 12, 2007 MOTION FOR SUMMARY JUDGMENT AS CONCEDED AND/OR IN THE ALTERNATIVE TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The Plaintiffs, by and through its undersigned counsel, respectfully requests this Honorable Court to allow plaintiff seven (7) days to file a motion for summary judgment and opposition to Defendants' motion for summary judgment. In support thereof, the Plaintiff states as follows:

1. That on or about December 13, 2006, the Plaintiff filed the above captioned matter following an adverse decision by a Hearing Officer.

2. That on April 24, 2007, the Court issued a scheduling order wherein the Plaintiff's motion for summary judgment was due on or before July 12, 2007 and her opposition due no later than August 14, 2007.

3. That in speaking to former counsel, Plaintiff's counsel did not file its motion for summary judgment or opposition to defendant's motion because of developments after the entry of the scheduling order.

4. That the issues which formed the subject of Plaintiff's appeal occurred while the student was attending a District of Columbia Public school (hereinafter "DCPS").

1

5. That the Plaintiff's appeal is premised on DCPS' failure to conduct evaluations and find the student eligible for special education and related services.

6. That the student is now attending school at Friendship Public Charter School (hereinafter "Friendship") where he has been attending since 2006-2007 school year.

7. That since the child started attending school at Friendship, the student's advocate has been working with Friendship to conduct evaluations, convene an IEP meeting in an attempt to find the student eligible for special education and related services.

8. That Friendship has conducted a clinical and psychological evaluation of the student and has convened a MDT/IEP meeting wherein they found the student eligible for special education.

9. That in speaking with the former counsel, he did not file the opposition because the process had started with Friendship which is its own Local Educational Agency and Friendship was in the process of determining the student eligible for special education services.

10. That despite the above happenings, this counsel respectfully requests the court to grant the plaintiff seven (7) days to file its summary judgment and opposition to Defendants' motion for summary judgment because this counsel was counsel at the administrative level and being new to the appeal stage of the case, would like the opportunity to file her own motion for summary judgment and the opposition to Defendants' motion for summary judgment.

11. That no party would be prejudiced by the relief requested.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant Plaintiff's seven (7) days to file their motion for summary judgment and opposition to Defendant's motion for summary judgment.

    Respectfully Submitted,
    LAW OFFICES OF CHRISTOPHER ANWAH, PLLC


    _____/s/Fatmata Barrie/s/_____
    Fatmata Barrie, Bar #485122
    LAW OFFICES OF CHRISTOPHER N. ANWAH, PLLC
    10 R Street, NE
    Washington, D.C. 20002
    Phone: (202) 626-0040
    Fax: (202) 626-0048
    Email: fbarrie@verizon.net

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **WANDA RICHARDSON, et al** | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Civil Action No. 06-2121 (CKK) |
| | * | |
| | * | |
| **DISTRICT OF COLUMBIA, et al** | * | |
| **Defendants(s)** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO TREAT THEIR JULY 12, 2007, MOTION FOR SUMMARY JUDGMENT AS CONCEDED

1. The equitable powers of this court.

2. The interest of justice and the record herein.

> Respectfully Submitted,
> LAW OFFICES OF CHRISTOPHER N. ANWAH, PLLC
>
> ____/s/_Fatmata Barrie/s/___
> Fatmata Barrie, Bar #485122
> LAW OFFICES OF CHRISTOPHER N. ANWAH, PLLC
> 10 R Street, NE
> Washington, D.C. 20002
> Phone: (202) 626-0040
> Fax: (202) 626-0048
> Email: fbarrie@verizon.net

**CERTIFICATE OF SERVICE**

I certify that on February 12, 2008, a copy of the foregoing Plaintiff's motion to dismiss was filed via electronic case filing system of the United States District Court for the District of Columbia and, accordingly, the Court will send notice of this filing electronically to Defendant's counsel.

                                            */s/Fatmata Barrie/s/*
                                            Fatmata Barrie, Bar #485122
                                            LAW OFFICES OF CHRISTOPHER N. ANWAH, PLLC
                                            10 R Street, NE
                                            Washington, D.C. 20002
                                            Phone: (202) 626-0040
                                            Fax: (202) 626-0048
                                            Email: fbarrie@verizon.net

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **WANDA RICHARDSON, et al** | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Civil Action No. 06-2121 (CKK) |
| | * | |
| | * | |
| **DISTRICT OF COLUMBIA, et al** | * | |
| **Defendants(s)** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**UPON CONSIDERATION** of Plaintiff's Motion to Extend time to file motion for summary judgment and opposition to Defendant's motion for summary judgment and any opposition thereto, it is hereby this _____ day of _____ 2008:

**ORDERED** that Plaintiff's Motion be and is hereby GRANTED, and it is

**FURTHER ORDERED** _____

_____

_____ **SO ORDERED**


_____
                                                                                  JUDGE