UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WANDA RICHARDSON, ) <br> Mother and Next Friend of W.R., a Minor, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, ) <br> A municipal corporation, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-2121 (CKK) |

**DEFENDANT'S CONSENT MOTION TO ENLARGE THE TIME
TO REPLY TO THE PLAINTIFF'S OPPOSITION TO
THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b)(1), the Defendant, through counsel, respectfully moves this Court for an enlargement of time from March 4, 2008, to March 11, 2008, to file a reply to the Plaintiff's February 22, 2008, Opposition to the Defendant's Motion for Summary Judgment. As grounds for this request, the Defendant represents as follows:

1. On February 21, 2008, the undersigned counsel had a death in her family and had to go out of town for the funeral.

2. On March 3, 2008, the Plaintiff's counsel consented to this enlargement, pursuant to LCvR 7.1 (m).

3. The Plaintiff will not be prejudiced by the granting of this motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Rule 6(b)(1), Federal Rules of Civil Procedure; and

2. The inherent powers of the Court.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        **/s/ Edward P. Taptich**
        EDWARD P. TAPTICH
        Chief, Equity Section 2
        Bar Number 012914

        **/s/ Eden I. Miller**
        EDEN I. MILLER
        Assistant Attorney General
        Bar Number 483802
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6614
        (202) 727-3625 (fax)
March 3, 2008        E-mail: Eden.Miller@dc.gov