UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WANDA RICHARDSON,
Mother and Next Friend of W.R., a minor,

   Plaintiff,

   v.

DISTRICT OF COLUMBIA, *et al.*

   Defendants.

Civil Action No. 06-2121 (CKK)

**ORDER**
(March 31, 2008)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 31st day of March, 2008, hereby

**ORDERED** that Defendants' [8] Motion for Summary Judgment is granted; and it is further

**ORDERED** that this case shall be dismissed in its entirety.

*This is a final, appealable Order.*

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge